# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| KIMANI J. LOCKHART,<br><br>Petitioner<br><br>v.<br><br>ATTORNEY GENERAL FOR THE STATE OF PENNSYLVANIA, ET AL.,<br><br>Respondents | : No. 121 EM 2014<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED**.